FILED IN CHAMBERS
U.S.D.C. ROME

Date: Nov 09 2020

JAMES N. HATTEN, Clerk

By: s/Kari Butler

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL LANDON JONES,

Defendant.

CRIMINAL ACTION FILE

NO. 4:20-cr-27-TWT-WEJ

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY[1]

The defendant, by consent, has appeared before me and has entered a plea of guilty to **COUNT(S) One and Two** of the Information. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Fed. R. Crim. Pro. 11, I have determined that the guilty plea was knowing and voluntary, and that the plea to the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I have also determined that the defendant has voluntarily and expressly waived the right

---

[1] Failure to file written objections to this Report and Recommendation within *FOURTEEN (14) DAYS* after service of a copy of this Report and Recommendation shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

to appeal his conviction and sentence and the right to collaterally attack his conviction and sentence in any post-conviction proceeding (including, but not limited to, motions filed pursuant to 28 U.S.C. § 2255) on any ground.  I, therefore, **RECOMMEND** that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**SO ORDERED**, this 9th day of November, 2020.

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

2