IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LANDON JONES,<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br>4:20-CR-27-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending that the Defendant's guilty plea be accepted. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's plea of guilty is ACCEPTED. The Clerk shall set the date for sentencing.

SO ORDERED, this 10 day of December, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\20\420cr27\r&r.docx